ROBERT E. POLUHOWICH *v.* LAWRENCE F. DELPONTE, COMMISSIONER OF MOTOR VEHICLES, ET AL. (7478)

O'CONNELL, NORCOTT and FOTI, Js.

Argued May 17—decision released May 24, 1989

*Robert J. Mead,* with whom, on the brief, was *Anthony M. Guerrera,* for the appellant (plaintiff).

*John Yacavone,* assistant attorney general, with whom, on the brief, were *Clarine Nardi Riddle,* acting attorney general, and *Priscilla J. Green,* assistant attorney general, for the appellee (defendant).

PER CURIAM. There is no error.